IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUENTON THOMPSON,

    Plaintiff,

v.                                                        Case No. 23C0381

ALANA ACKER, et al.,

    Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendants, Alana Acker, Bonnie Alt, Mark Ledesma, Laura Sukowaty, Denise Valerius, and Hannah Utter, appear in this action by their attorneys, Wisconsin Attorney General Joshua L. Kaul and Assistant Attorney General Katherine C. Polich. Defendants request service of all discovery and correspondence be made upon Assistant Attorney General Polich as counsel of record at Wisconsin Department of Justice, Post Office Box 7857, Madison, Wisconsin 53707-7857. All other papers should be served through the Court's CM/ECF system.

Dated December 12, 2023.

                                                                     Respectfully submitted,

                                                                       JOSHUA L. KAUL
                                                                       Attorney General of Wisconsin

Electronically signed by:

s/ Katherine C. Polich
KATHERINE C. POLICH
Assistant Attorney General
State Bar #1065796

Attorneys for Acker, Alt, Ledesma, Sukowaty, Utter, and Valerius

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-7163
(608) 294-2907 (Fax)
polichkc@doj.state.wi.us