IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

QUENTON THOMPSON,

    Plaintiff,

v.

HANNAH UTTER, ALANA ACKER, LAURA SUKOWATY, MARK LEDESMA, BONNIE ALT, DENISE VALERIUS, FAITH KRESSER, WISCONSIN DEPARTMENT OF CORRECTIONS, JOHN DOE ADVANCED CARE PROVIDER, JANE DOE NURSE, JANE DOE DOCTOR and JOHN DOE MEDICAL STAFFERS,[1]

    Defendants.

ORDER

Case No. 23-cv-381-jdp

---

In an order entered on November 14, 2023, plaintiff Quenton Thompson was granted leave to proceed *in forma pauperis* in this case. The Wisconsin Department of Justice filed a Notice indicating that it does not appear on behalf of defendant Faith Kresser and the John Doe and Jane Doe defendants.

Although the Attorney General's office has indicated that it cannot identify the John Doe and Jane Doe defendants, plaintiff may be able to provide further information about their identities, which will allow these defendants to be served later in this case. At the preliminary pretrial conference, Magistrate Judge Stephen Crocker will discuss with the parties the most efficient way to obtain the identification of the defendants and will set a deadline for plaintiff to amend his complaint to include these defendants.

---

[1] I have amended the case caption to provide the full names of defendants Hannah Utter, Laura Sukowaty, Mark Ledesma, Bonnie Alt, Denise Valerius and Faith Kresser as identified in the Acceptance of Service (dkt. 15).

1

The United States Marshal is ordered to make a reasonable effort to locate and serve defendant Faith Kresser or obtain a waiver of service.  If the Marshals Service is unable to locate defendant Faith Kresser, it must describe the efforts it took in detail so that the court can evaluate whether those efforts were reasonable.  If the United States Marshal is successful in obtaining a defendant's personal address, that address should be maintained in confidence, and not revealed on the Marshals Service forms that are filed in the court's public file and mailed to the plaintiff.

Pursuant to the informal service agreement between the Wisconsin Department of Justice and this court, the Department has agreed to accept electronic service of documents on behalf of the defendants it represents.  This means that for the remainder of this lawsuit, plaintiff does not have to send a paper copy of each document filed with the court to the Department or the defendants they represent.  The Department will access the document through the court's electronic filing system.

However, because the Department is not representing defendant Faith Kresser, plaintiff will still be required to send paper copies of each document filed with the court to counsel for Faith Kresser. Discovery requests or responses are an exception to the electronic service rule. Usually, those documents should be sent directly to counsel for the opposing party and do not have to be sent to the court. Discovery procedures will be explained more fully at the preliminary pretrial conference.

ORDER

IT IS ORDERED that the United States Marshal shall make reasonable efforts to locate and serve defendant Faith Kresser with a copy of the summons and complaint or obtain a

waiver of service. If the United States Marshal is unsuccessful in locating defendants Faith Kresser, an unexecuted form may be filed on which the efforts made are described in detail.

Entered this 12th day of December, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge