# Office of the Clerk

United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

June 11, 2024

Quenton Thompson, #311898
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805

Re:  Quenton Thompson v. Hannah Utter, et al
     Case No.  23-cv-381-jdp

Dear Mr. Thompson:

This will acknowledge receipt of your letter dated June 4, 2024, in which you inquire about the balance on your account and request a refund of any overpayment.

As of today's date, there is an outstanding balance of $2.16 on your account, a Case Inquiry Report is enclosed for your review. The Court received an initial partial payment of $269.40 on July 10, 2023 and an additional payment made on your behalf of $78.44 on April 18, 2024 from Dorothy J. Thompson. The court has not received any other payments, including the money order you reference in your letter. If the court receives the money order it will be applied to your remaining balance, and you will receive a refund for any overpayment.

JOEL TURNER, Clerk of Court,

By:  /s/
     Deputy Clerk