**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| QUENTON THOMPSON,<br><br>Plaintiff,<br>v.<br><br>EILEEN S. GAVIN, M.D., et al.<br><br>Defendants. | No. 3:23-CV-00381-JDP |

**DECLARATION OF JEFFREY P. NANKERVIS**

I, Jeffrey P. Nankervis, declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly licensed to practice in the State of Illinois and the Unites States District Court for the Western District of Wisconsin. I represent Eileen S. Gavin, M.D., in this matter.

2. Attached hereto as Exhibit 1 is a true accurate copy of Administrative Complaint WSPF-2019-12347. *See also* ECF No. 53.

3. Attached hereto as Exhibit 2 is a true accurate copy of Administrative Complaint WSPF-2019-13224. *See also* ECF No. 53.

4. Attached hereto as Exhibit 3 is a true accurate copy of Administrative Complaint WSPF-2019-18987. *See also* ECF No. 53

Respectfully submitted,

s/Jeffrey P. Nankervis

Jeffrey P. Nankervis
CUNNINGHAM, MEYER & VEDRINE, P.C.
One East Wacker Drive, Suite 2200
Chicago, IL 60601

(312) 578-0049
jnankervis@cmvlaw.com
*Attorney for Defendant, Eileen Gavin, M.D.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

**CERTIFICATE OF SERVICE**

**Case Name:** ***Thompson v. Gavin***
**Case No.:** **3:23-cv-00381**

I hereby electronically filed the foregoing **Declaration** with the Clerk of the U.S. District Court for the Western District of Wisconsin, and I hereby certify that I have mailed with the United States Postal Service the aforementioned document to the following individual by depositing a copy of same in the U.S. Mail at One East Wacker Drive, Suite 2200, Chicago, Illinois 60601, on January 10, 2025, before 5:00 p.m., with the proper postage prepaid.

Quenton Thompson (#311898)
Wisconsin Secure Program Facility
1101 Morrison Drive, PO Box 1000
Boscobel, WI 53805

I further certify that a copy of this document was sent to the CM/ECF participants:

**Annie Varkey Petering**
Wisconsin Department of Justice
Civil Litigation
17 W. Main Street
Madison, WI 53707-7857
608-266-9277
peteringav@doj.state.wi.us
*Attorney for Alana Acker*

**Rebecca Ann Paulson**
Department of Justice
17 West Main Street
Madison, WI 53702
608-266-0278
paulsonra@doj.state.wi.us
*Attorney for Wisconsin Department of Corrections*

**Ian Clark**
Cassiday Schade LLP
330 East Kilbourne Avenue
Suite 575
Milwaukee, WI 53202

414-977-3893
iclark@cassiday.com
*Attorney for Faith Kresser*

s/Jeffrey P. Nankervis