EXHIBIT 1

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-410 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE RECEIPT
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/15/2019 |
| Date Complaint Received: | 07/15/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges delay of off-site care |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 1

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-401 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

Date Complaint Acknowledged: 07/15/2019

Inmate Contacted? No

Date Complaint Received: 07/15/2019

Subject of Complaint: 4 - Medical

Person(s) Contacted: Ms. Adams
Ms. Martin

Document(s) Relied Upon: DOC-3001
Neuroscience Summary

Brief Summary: Alleges delay of off-site care

Summary of Facts: This examiner reviewed this complaint with HSM Adams.

Inmate Thompson alleges delay in off-site appointment.

Inmate Thompson was seen by Gundersen Neuroscience for a lumbar facet joint injection on 4/4/19. Return paperwork had a follow-up appointment scheduled for mid-April however the institution could not accommodate this appointment date. HSU MPAA Martin informed this examiner a follow-up appointment was scheduled for early July however needed to be rescheduled due to scheduling conflicts. The appointment was rescheduled again due to a security conflict. Ms. Martin informed this examiner inmate Thompson's appointment is scheduled.

This examiner notes appointment scheduling is subject to clinic availability; however this examiner recommends this complaint be affirmed as the follow-up appointment has not yet occurred.

ICE Recommendation: Dismissed

Recommendation Date: 07/22/2019

EXHIBIT 1

**DEPARTMENT OF CORRECTIONS** | **WISCONSIN**
Department of Adult Institutions | Administrative Code
DOC-401 (Rev. 04/18) | Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

J. Payne

J. Payne - Institution Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 1

**DEPARTMENT OF CORRECTIONS** **WISCONSIN**
Department of Adult Institutions Administrative Code
DOC-403 (Rev. 04/18) Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/15/2019 |
| Date Complaint Received: | 07/15/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges delay of off-site care |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Affirmed |
| Reason(s) for Decision: | There is a delay in care and the concerns will be forwarded to the Warden and DW to review. |
| Decision Date: | 07/29/2019 |

Holly A. Gunderson

H. Gunderson - Reviewing Authority

CC:

**Distributed via email**
adams, j
Kinyon, S
Boughton, G
Jaeger, P

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 1

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-405A (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE RECEIPT
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 08/07/2019 |
| Date Appeal Received: | 08/07/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges delay of off-site care |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 45 days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 1

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-404 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE REPORT
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 08/07/2019 |
| Date Appeal Received: | 08/07/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges delay of off-site care |
| Method of Disposition: | Review on Record? Yes Investigation? No |
| CCE's Recommendation: | Affirmed |
| | The delay has been acknowledged and the appropriate administrative staff have been made aware so that corrective action can be taken. It is recommended that this appeal be affirmed as noted by the RA. |
| Recommendation Date: | 08/12/2019 |

Brad Hompe

B. Hompe - Corrections Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

**EXHIBIT 1**

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-403 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER WSPF-2019-12347
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 08/07/2019 |
| Date Appeal Received: | 08/07/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges delay of off-site care |
| OOS Decision: | Affirmed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 08/12/2019 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to AFFIRM this appeal is accepted as the decision of the Secretary. |
| Decision Date: | 08/14/2019 |

C. O'Donnell - Office of the Secretary

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 1

GENERAL REPORT
WSPF-2019-12347

# State of Wisconsin

Department of Corrections

## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | July 15, 2019 |
| Date Complaint Received: | July 15, 2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges delay of off-site care |

**ICE Recommendation Information: (Signed on 7/22/19 2:24:57PM):**

Person(s) Contacted:
Ms. Adams
Ms. Martin

Document(s) Relied Upon:
DOC-3001
Neuroscience Summary

ICE's Summary of Facts:

This examiner reviewed this complaint with HSM Adams.

Inmate Thompson alleges delay in off-site appointment.

Inmate Thompson was seen by Gundersen Neuroscience for a lumbar facet joint injection on 4/4/19. Return paperwork had a follow-up appointment scheduled for mid-April however the institution could not accommodate this appointment date. HSU MPAA Martin informed this examiner a follow-up appointment was scheduled for early July however needed to be rescheduled due to scheduling conflicts. The appointment was rescheduled again due to a security conflict. Ms. Martin informed this examiner inmate Thompson's appointment is scheduled.

This examiner notes appointment scheduling is subject to clinic availability; however this examiner recommends this complaint be affirmed as the follow-up appointment has not yet occurred.

ICE's Recommendation: Dismissed

ICE's Recommendation Date: July 22, 2019

**RA's Decision Information: (Signed on 7/29/19 2:40:33PM):**

RA's Reason: There is a delay in care and the concerns will be forwarded to the Warden and DW to review.

RA's Decision: Affirmed

RA's Decision Date: July 29, 2019

EXHIBIT 1



# State of Wisconsin

**Department of Corrections**

## GENERAL REPORT ON INMATE COMPLAINT

**Appeal to CCE Information:**

Date Appeal Acknowledged: August 07, 2019

Date Appeal Received: August 07, 2019

**CCE's Recommendation Information: (Signed on 8/12/19 12:42:43PM):**

CCE's Summary: The delay has been acknowledged and the appropriate administrative staff have been made aware so that corrective action can be taken. It is recommended that this appeal be affirmed as noted by the RA.

CCE's Recommendation: Affirmed

CCE's Recommendation Date: August 12, 2019

**OOS' Decision Information: (Signed on 8/14/19 3:08:52PM):**

OOS' Summary: The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 08/12/2019 in the above appeal:

The attached Corrections Complaint Examiner's recommendation to AFFIRM this appeal is accepted as the decision of the Secretary.

OOS' Decision: Affirmed

OOS' Decision Date: August 14, 2019

**EXHIBIT 1**

# State of Wisconsin
Department of Corrections

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WSPF-2019-12347

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 07/15/2019 9:19:45AM | Ellen Ray | WSPF | 311898 | 07/15/2019 10:26:21AM | Ellen Ray |
| ICE Report | 07/29/2019 2:40:33PM | Holly Gunderson | WSPF | 311898 | 07/30/2019 10:12:54AM | William Brown |
| RA Report | 07/29/2019 2:40:33PM | Holly Gunderson | WSPF | 311898 | 07/30/2019 10:12:54AM | William Brown |
| CCE Receipt | 08/07/2019 1:03:09PM | Teri Nelson | WSPF | 311898 | 08/08/2019 8:11:19AM | Ellen Ray |
| CCE Report | 08/14/2019 3:08:52PM | Cindy O'Donnell | WSPF | 311898 | 08/15/2019 9:09:55AM | Ellen Ray |
| OOS Report | 08/14/2019 3:08:52PM | Cindy O'Donnell | WSPF | 311898 | 08/15/2019 9:09:55AM | Ellen Ray |