EXHIBIT 2

DEPARTMENT OF CORRECTIONS
Department of Adult Institutions
DOC-410 (Rev. 04/18)

WISCONSIN
Administrative Code
Chapter DOC 310

# ICE RECEIPT
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/29/2019 |
| Date Complaint Received: | 07/29/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of medical care for his hip |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-401 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/29/2019 |
| Inmate Contacted? | No |
| Date Complaint Received: | 07/29/2019 |
| Subject of Complaint: | 4 - Medical |
| Person(s) Contacted: | HSM Adams |
| Document(s) Relied Upon: | Progress Notes<br>Assessment Forms<br>Off-Site Report |
| Brief Summary: | Alleges denial of medical care for his hip |

Summary of Facts:

This examiner reviewed this complaint with HSM Adams.

Inmate Thompson alleges denied of medical care for his hip.

WSPF-2019-12347 was affirmed on 7/29/19 to acknowledge delay in off-site appointment.

Review of inmate Thompson's medical file and reveals he was seen on the following dates for the month of July to present:

7/11/19 by Dr. Gavin for severe shooting pain down his right leg. Dr. Gavin ordered Keppra 1000 mg, ice therapy, and PT eval and treatment.

7/23/19 by HSM Adams to address concerns about off-site appointment cancellation.

7/25/19 by Dr. Gavin for medication side effect and complaints of exptreme pain in his right buttock. Dr. Gavin noted he does have an MRI and EMG pending and changed the dosing schedule for Keppra 1000 mg for neuropathic pain.

7/29/19 seen by RN Richardson for pain in right hip. Per officer report, patient states pain in right hip that is sharp and creates tingling/needle sensation through lower extremities. Upon nurse arrival, patient reports chest pain/pressure and feeling short of breath. RN Richardson was sent to local ER for eval and treatment.

EXHIBIT 2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-401 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

Upon arrival at ER, inmate Thompson reported onset right lat hip sharp pain and right lower back pain/spasms past several hours without assoc injury/activity. Discharge instructions recommended continue current medications as directed and activity only as tolerated.

7/29/19 by Dr. Gavin for continued right hip and leg pain.

This examiner finds inmate Thompson was seen numerous times in the timeframe he alleges denial of medical care. He has three upcoming off-site appointments for MRI, EMG, and injection follow-up. As such, this examiner recommends dismissal of this complaint.

ICE Recommendation: Dismissed

Recommendation Date: 08/09/2019



J. Payne - Institution Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 2



# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 07/29/2019 |
| Date Complaint Received: | 07/29/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of medical care for his hip |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Decision Date: | 08/16/2019 |

Holly A. Gunderson

H. Gunderson - Reviewing Authority

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-405A (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE RECEIPT
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 08/21/2019 |
| Date Appeal Received: | 08/21/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of medical care for his hip |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 45 days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-404 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE REPORT
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 08/21/2019 |
| Date Appeal Received: | 08/21/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of medical care for his hip |
| Method of Disposition: | Review on Record? Yes Investigation? No |
| Document(s) Relied Upon: | complaint, related medical documentation, appeal |
| CCE's Recommendation: | Dismissed |
| | The BHS Nursing Coordinator reviewed and decided the complaint. On appeal, the inmate raised new issues that are outside the scope of the original complaint and will not be addressed. Records indicated the patient has received and continues to receive health service care. The patient is encouraged to submit a request for evaluation if there are new questions and concerns with care, and work with health care staff to ensure he is clear regarding the plan of care. |
| Recommendation Date: | 08/21/2019 |

Emily Davidson

E. Davidson - Corrections Complaint Examiner

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

EXHIBIT 2

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-403 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER WSPF-2019-13224
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR1 -- _103_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 08/21/2019 |
| Date Appeal Received: | 08/21/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of medical care for his hip |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 08/21/2019 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |
| Decision Date: | 09/09/2019 |

C. O'Donnell - Office of the Secretary

Wisconsin Administrative Code DOC 310, relating to inmate complaints, as it was published in Register December 2014 Number 708 was repealed and a new chapter DOC 310 was created.* Inmate complaints acknowledged prior to April 1, 2018, will be processed under Wisconsin Administrative Code DOC 310, Register December 2014 Number 708. Inmate complaints acknowledged after the date of April 1, 2018, will be processed under the new Wisconsin Administrative Code DOC 310, effective April 1, 2018.*

**The DOC is expecting that the new DOC 310 will be published in Register Number 747, but the Legislative Reference Bureau publishes the rule and determines the Register number, thus this is number is subject to change.*

**EXHIBIT 2**



# State of Wisconsin

**Department of Corrections**

## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | July 29, 2019 |
| Date Complaint Received: | July 29, 2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of medical care for his hip |

**ICE Recommendation Information: (Signed on 8/9/19 3:26:54PM):**

| | |
|---|---|
| Person(s) Contacted: | HSM Adams |
| Document(s) Relied Upon: | Progress Notes<br>Assessment Forms<br>Off-Site Report |

EXHIBIT 2



# State of Wisconsin

**Department of Corrections**

## GENERAL REPORT ON INMATE COMPLAINT

ICE's Summary of Facts:

This examiner reviewed this complaint with HSM Adams.

Inmate Thompson alleges denied of medical care for his hip.

WSPF-2019-12347 was affirmed on 7/29/19 to acknowledge delay in off-site appointment.

Review of inmate Thompson's medical file and reveals he was seen on the following dates for the month of July to present:

7/11/19 by Dr. Gavin for severe shooting pain down his right leg. Dr. Gavin ordered Keppra 1000 mg, ice therapy, and PT eval and treatment.

7/23/19 by HSM Adams to address concerns about off-site appointment cancellation.

7/25/19 by Dr. Gavin for medication side effect and complaints of exptreme pain in his right buttock. Dr. Gavin noted he does have an MRI and EMG pending and changed the dosing schedule for Keppra 1000 mg for neuropathic pain.

7/29/19 seen by RN Richardson for pain in right hip. Per officer report, patient states pain in right hip that is sharp and creates tingling/needle sensation through lower extremities. Upon nurse arrival, patient reports chest pain/pressure and feeling short of breath. RN Richardson was sent to local ER for eval and treatment.

Upon arrival at ER, inmate Thompson reported onset right lat hip sharp pain and right lower back pain/spasms past several hours without assoc injury/activity. Discharge instructions recommended continue current medications as directed and activity only as tolerated.

7/29/19 by Dr. Gavin for continued right hip and leg pain.

This examiner finds inmate Thompson was seen numerous times in the timeframe he alleges denial of medical care. He has three upcoming off-site appointments for MRI, EMG, and injection follow-up. As such, this examiner recommends dismissal of this complaint.

ICE's Recommendation: Dismissed

ICE's Recommendation Date: August 09, 2019

**RA's Decision Information: (Signed on 8/16/19 7:22:41AM):**

RA's Decision: Dismissed

RA's Decision Date: August 16, 2019

**EXHIBIT 2**

**GENERAL REPORT**
**WSPF-2019-13224**

# State of Wisconsin

**Department of Corrections**

## GENERAL REPORT ON INMATE COMPLAINT

**Appeal to CCE Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | August 21, 2019 |
| Date Appeal Received: | August 21, 2019 |

**CCE's Recommendation Information: (Signed on 8/21/19 2:42:10PM):**

| | |
|---|---|
| Document(s) Relied Upon: | complaint, related medical documentation, appeal |
| CCE's Summary: | The BHS Nursing Coordinator reviewed and decided the complaint. On appeal, the inmate raised new issues that are outside the scope of the original complaint and will not be addressed. Records indicated the patient has received and continues to receive health service care. The patient is encouraged to submit a request for evaluation if there are new questions and concerns with care, and work with health care staff to ensure he is clear regarding the plan of care. |
| CCE's Recommendation: | Dismissed |
| CCE's Recommendation Date: | August 21, 2019 |

**OOS' Decision Information: (Signed on 9/9/19 11:12:27AM):**

| | |
|---|---|
| OOS' Summary: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 08/21/2019 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |
| OOS' Decision: | Dismissed |
| OOS' Decision Date: | September 09, 2019 |

**EXHIBIT 2**

# State of Wisconsin

**Department of Corrections**

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WSPF-2019-13224

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 07/29/2019 8:47:53AM | Julie Payne | WSPF | 311898 | 07/29/2019 10:10:07AM | Julie Payne |
| ICE Report | 08/16/2019 7:22:40AM | Holly Gunderson | WSPF | 311898 | 08/16/2019 8:11:24AM | Julie Payne |
| RA Report | 08/16/2019 7:22:40AM | Holly Gunderson | WSPF | 311898 | 08/16/2019 8:11:24AM | Julie Payne |
| CCE Receipt | 08/21/2019 11:18:56AM | Matthew Greenwood | WSPF | 311898 | 08/22/2019 9:27:06AM | Julie Payne |
| CCE Report | 09/09/2019 11:12:28AM | Cindy O'Donnell | WSPF | 311898 | 09/09/2019 2:27:51PM | Ellen Ray |
| OOS Report | 09/09/2019 11:12:28AM | Cindy O'Donnell | WSPF | 311898 | 09/09/2019 2:27:51PM | Ellen Ray |