EXHIBIT 3

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-410 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE RECEIPT
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR4 -- _424_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 11/01/2019 |
| Date Complaint Received: | 11/01/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of treatment for back pain |

This is to acknowledge the complaint you filed which was received on the date indicated. Depending on the nature of the complaint, you may or may not be interviewed by the ICE. A recommendation on the complaint will be made and submitted to the appropriate reviewing authority within 30 days of acknowledgement. A decision will be made by the appropriate reviewing authority within 15 days following receipt of the recommendation unless extended for cause.

**Please write to the ICE if this issue is resolved before you receive an answer.**

EXHIBIT 3

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-401 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# ICE REPORT
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR4 -- _424_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 11/01/2019 |
| Inmate Contacted? | No |
| Date Complaint Received: | 11/01/2019 |
| Subject of Complaint: | 4 - Medical |
| Person(s) Contacted: | Ms. Kinyon |
| Document(s) Relied Upon: | Progress Notes<br>Non-Formulary Request |
| Brief Summary: | Alleges denial of treatment for back pain |

Summary of Facts:

This examiner reviewed this complaint with Nursing Supervisor Kinyon.

Inmate Thompson alleges denial of treatment for back pain.

On 10/7/19 Dr. Gavin ordered Toradol 60 mg IM once a week when necessary for severe pain. Dr. Gavin also submitted a non-formulary request for Lyrica.

On 10/25/19 inmate Thompson requested Toradol injection. RN Seaman contacted the on-call MD for verification of Toradol injection during hunger strike with restricting fluids. RN Seaman noted inmate Thompson was eating 50% however not drinking fluids. On-call MD ordered to hold Toradol injection during hunger and fluid strike.

Ms. Kinyon informed this examiner the non-formulary request for Lyrica was not approved as Gabapentin was tried and was unsuccessful at alleviating symptoms. Dr. LaVoie feels it would be inappropriate to begin a new med until lifesaving interventions are completed and his weight is stabilized.

Inmate Thompson's concern regarding physical therapy has been addressed in WSPF-2019-17029.

In coming to this determination, this Examiner relied upon the responses, documentation and professional judgment of the health care staff as noted above. Examiner recommends that the complaint be dismissed.

| | |
|---|---|
| ICE Recommendation: | Dismissed |
| Recommendation Date: | 11/13/2019 |

EXHIBIT 3



# ICE REPORT
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

J. Payne - Institution Complaint Examiner

EXHIBIT 3

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-403 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# REVIEWING AUTHORITY'S DECISION
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: _AR4 -- _424_L
WISCONSIN SECURE PROGRAM FACILITY
PO BOX 1000
BOSCOBEL, WI 53805-1000

**Complaint Information:**

| | |
|---|---|
| Date Complaint Acknowledged: | 11/01/2019 |
| Date Complaint Received: | 11/01/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of treatment for back pain |
| ICE's Recommendation: | Dismissed |
| Reviewer's Decision: | Dismissed |
| Reason(s) for Decision: | When you are on a hunger strike it can affect many things. Toradal can be hard on the kidneys especially when you are not consuming enough food of fluid to flush out waste products from your system. You can place your kidneys at risk by taking this medication as it can increase your risk of kidney failure when you are not at optimal health. The nurse did the right thing is consulting with a provider before giving this medication. I would encourage you to eat and drink properly to decrease the chances of this happening again. |
| Decision Date: | 11/13/2019 |

Holly A. Gunderson

H. Gunderson - Reviewing Authority

CC:

**Distributed via email**
Kinyon, S
adams, j

A complainant dissatisfied with a decision may, within 14 days after the date of the decision, appeal that decision by filing a written request for review with the Corrections Complaint Examiner on form DOC-405 (DOC 310.12, Wis. Adm. Code).

EXHIBIT 3

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-405A (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE RECEIPT
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: SG2W -- _224LO
GREEN BAY CORRECTIONAL INSTITUTION
P.O. Box 19033
GREEN BAY, WI  54307-9033

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 11/27/2019 |
| Date Appeal Received: | 11/27/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of treatment for back pain |

Your request for review has been received.

The Corrections Complaint Examiner (CCE) has 35 days to submit a recommendation to the Office of the Secretary (OOS) for Review. The OOS has 45 days to make a decision after receiving the CCE's report. The OOS may extend the time for making a decision for cause and upon notice to all interested parties.

If you do not receive a decision or other notices within that time, you may write directly to:

Secretary of the Department of Corrections
Post Office Box 7925
Madison, WI 53707-7925

**EXHIBIT 3**

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-404 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# CCE REPORT
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: SG5W -- _528LO
GREEN BAY CORRECTIONAL INSTITUTION
P.O. Box 19033
GREEN BAY, WI 54307-9033

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 11/27/2019 |
| Date Appeal Received: | 11/27/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of treatment for back pain |
| Method of Disposition: | Review on Record? Yes Investigation? No |
| CCE's Recommendation: | Dismissed |
| | In agreement with the report of the Institution Complaint Examiner, noting the complaint has been reviewed and decided by the BHS Regional Nursing Coordinator, and that the inmate has provided no new information on appeal to warrant recommending overturning that decision, it is recommended this appeal be dismissed. |
| Recommendation Date: | 12/02/2019 |

Brad Hompe

B. Hompe - Corrections Complaint Examiner

EXHIBIT 3

**DEPARTMENT OF CORRECTIONS**
Department of Adult Institutions
DOC-403 (Rev. 04/18)

**WISCONSIN**
Administrative Code
Chapter DOC 310

# OFFICE OF SECRETARY DECISION
# COMPLAINT NUMBER WSPF-2019-18987
# * * * ICRS CONFIDENTIAL * * *

**To:** THOMPSON, QUENTON Q. - #311898
UNIT: SG5W -- _528LO
GREEN BAY CORRECTIONAL INSTITUTION
P.O. Box 19033
GREEN BAY, WI 54307-9033

**Complaint Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | 11/27/2019 |
| Date Appeal Received: | 11/27/2019 |
| Subject of Complaint: | 4 - Medical |
| Brief Summary: | Alleges denial of treatment for back pain |
| OOS Decision: | Dismissed |
| Decision Comments: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 12/02/2019 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |
| Decision Date: | 12/11/2019 |

C. O'Donnell - Office of the Secretary

EXHIBIT 3

GENERAL REPORT
WSPF-2019-18987

# State of Wisconsin

**Department of Corrections**

## GENERAL REPORT ON INMATE COMPLAINT

**Complaint Information:**

Date Complaint Acknowledged: November 01, 2019

Date Complaint Received: November 01, 2019

Subject of Complaint: 4 - Medical

Brief Summary: Alleges denial of treatment for back pain

**ICE Recommendation Information: (Signed on 11/13/19 10:25:20AM):**

Person(s) Contacted: Ms. Kinyon

Document(s) Relied Upon: Progress Notes
Non-Formulary Request

ICE's Summary of Facts: This examiner reviewed this complaint with Nursing Supervisor Kinyon.

Inmate Thompson alleges denial of treatment for back pain.

On 10/7/19 Dr. Gavin ordered Toradol 60 mg IM once a week when necessary for severe pain. Dr. Gavin also submitted a non-formulary request for Lyrica.

On 10/25/19 inmate Thompson requested Toradol injection. RN Seaman contacted the on-call MD for verification of Toradol injection during hunger strike with restricting fluids. RN Seaman noted inmate Thompson was eating 50% however not drinking fluids. On-call MD ordered to hold Toradol injection during hunger and fluid strike.

Ms. Kinyon informed this examiner the non-formulary request for Lyrica was not approved as Gabapentin was tried and was unsuccessful at alleviating symptoms. Dr. LaVoie feels it would be inappropriate to begin a new med until lifesaving interventions are completed and his weight is stabilized.

Inmate Thompson's concern regarding physical therapy has been addressed in WSPF-2019-17029.

In coming to this determination, this Examiner relied upon the responses, documentation and professional judgment of the health care staff as noted above. Examiner recommends that the complaint be dismissed.

ICE's Recommendation: Dismissed

ICE's Recommendation Date: November 13, 2019

EXHIBIT 3

GENERAL REPORT
WSPF-2019-18987

# State of Wisconsin

Department of Corrections

## GENERAL REPORT ON INMATE COMPLAINT

**RA's Decision Information: (Signed on 11/13/19 2:11:05PM):**

| | |
|---|---|
| RA's Reason: | When you are on a hunger strike it can affect many things. Toradal can be hard on the kidneys especially when you are not consuming enough food of fluid to flush out waste products from your system. You can place your kidneys at risk by taking this medication as it can increase your risk of kidney failure when you are not at optimal health. The nurse did the right thing is consulting with a provider before giving this medication. I would encourage you to eat and drink properly to decrease the chances of this happening again. |
| RA's Decision: | Dismissed |
| RA's Decision Date: | November 13, 2019 |

**Appeal to CCE Information:**

| | |
|---|---|
| Date Appeal Acknowledged: | November 27, 2019 |
| Date Appeal Received: | November 27, 2019 |

**CCE's Recommendation Information: (Signed on 12/2/19 11:29:57AM):**

| | |
|---|---|
| CCE's Summary: | In agreement with the report of the Institution Complaint Examiner, noting the complaint has been reviewed and decided by the BHS Regional Nursing Coordinator, and that the inmate has provided no new information on appeal to warrant recommending overturning that decision, it is recommended this appeal be dismissed. |
| CCE's Recommendation: | Dismissed |
| CCE's Recommendation Date: | December 02, 2019 |

**OOS' Decision Information: (Signed on 12/11/19 2:43:09PM):**

| | |
|---|---|
| OOS' Summary: | The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 12/02/2019 in the above appeal:<br><br>The attached Corrections Complaint Examiner's recommendation to DISMISS this appeal is accepted as the decision of the Secretary. |
| OOS' Decision: | Dismissed |
| OOS' Decision Date: | December 11, 2019 |

# EXHIBIT 3

## State of Wisconsin
**Department of Corrections**

## DISTRIBUTION ITEMS
## for COMPLAINT NUMBER WSPF-2019-18987

| Item | Create Date | Created By | Sent To | Inmate ID | Print Date | Printed By |
|---|---|---|---|---|---|---|
| ICE Receipt | 11/01/2019 8:27:13AM | Ellen Ray | WSPF | 311898 | 11/01/2019 9:21:38AM | Ellen Ray |
| ICE Report | 11/13/2019 2:11:05PM | Holly Gunderson | WSPF | 311898 | 11/13/2019 2:23:35PM | Ellen Ray |
| RA Report | 11/13/2019 2:11:05PM | Holly Gunderson | WSPF | 311898 | 11/13/2019 2:23:36PM | Ellen Ray |
| CCE Receipt | 11/27/2019 10:09:50AM | Matthew Greenwood | GBCI | 311898 | 11/27/2019 10:14:09AM | Jodene Perttu |
| CCE Report | 12/11/2019 2:43:09PM | Cindy O'Donnell | GBCI | 311898 | 12/12/2019 8:48:46AM | Jodene Perttu |
| OOS Report | 12/11/2019 2:43:09PM | Cindy O'Donnell | GBCI | 311898 | 12/12/2019 8:48:47AM | Jodene Perttu |



** ICRS CONFIDENTIAL **