IN The united States District court
For The western District of wisconsin

Case No: 3:23-cv-00381-jdp

Quenton Thompson
plaintiff
v.
utter Hannah
Defendant's

## Motion To Deny Defendant's Summary Judgment/Dispositive Motion Deadline ~~extention~~ extension

I Quenton Thompson disagree with Defendant's motion for Summary Judgment/Dispositive motion Deadline extension. The Defendant's was denied an extension by this court for the same motion Deadline extension before. The Defendant's are trying to cause a purpose ~~and~~ delay by refusing to follow the courts Deadline order. ~~Defe~~ Defendants had amply time to file Summary Judgment/Dispositive motion The Defendant's continue to file these extended Deadline motion to delay and buy themselves time. Defendant's have staff to help them litigate this case. plaintiff is representing himself with no help from a lawyer at all. Therefore ~~Dea~~ Defendant's

Should've met the first Deadline the court gave them. Therefore I the plaintiff ask this court to Sanction each Defendant for the amount of $5000.00 each for causing this delay by not following the court Deadline order to file their summary Judgment/Dispositive Motion. This court denied Defendant's motion ~~extension~~ for extension. but This ~~Grant~~ Grant the Defendant Dr. Murphy's Deadline for June 16, 2025 extension. This court did not Grant other Defendant's extension for deadline until June 16, 2025 Therefore Defendant's are beyond the deadline to file their Summary Judgment/Dispositive motion. Therefore I ask this court to Grant plaintiff Sanction against Defendant's.

I have read the foregoing and hereby verify under penalty of perjury the matters alleged and information is true and reliable to the best of my knowledge.

Dated 6/16/2025

Quenton Thompson #311898
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805

Signed: [signature]

P-2 cc file