ms. Annie v. peteling, exhibit #1

This is Quentan Thompson #311898 I have a case number in the western District court case: 3:23-cv-00381-jdp I am once again ~~request~~ requesting that your office send me and provide me pursuant to WI open records law any all emails to or from the following. Between the dates of ~~3/1/18~~ 3/1/2018-2024 ~~[illegible]~~ Alana Acker, Bonnie Alt, Mark Ledesma, laura Sukowaty, Denise valerius, Hannah utter, Jaime Adams, Sheryl Kinyon, Justin ~~[illegible]~~ Ribault, nurse laura, MD Murphy, RN Jill winkler, nurse Faith physical therapist Note, I.C.E Stolpa med SR Colella - please send A.S.A.P. this my second time requesting Documents.

Dated 12/2/2024

Signed: [signature]

Quentan Thompson #311898
wisconsin Secure program Facility
P.O. Box 1000
Boscobel, WI 53805