IN THE united States Distict court
For The western Distiict of wisconsin

Case No: 3:23-CV-00381-jdp

Quenton Thompson

Exhibit#1-2

V.

utter Hannah

Defendant's

To: Joshua L. Kaul $ Emmelille lee

This is Quenton Thompson at wisconsin Secure program Facility. Dated on 10/3/2024 I request for you to Send me all Documents ~~pet~~ pertaining to this case. Your office refuse to Send me all e-mail from Jaime Adams, Sheryl kilyon, Doctor Murphy, RN Jill winkler, Alana Acker, Bonnie Alt, laura Sukowaty, Hannah utter, ~~IH like all~~, Gavin, Denise Valerius, phsical therapist Nate, Send e-mails from Sheryl kilyon and Gavin, and Jaime Adams at wisconsin Secure program Facility from 2018-2020 Send e-mails from Hannah utter at Green Bay Corr Institution from 2017-2020 Send e-mails from Doctor Murphy, laura Sukowaty, Jill winkler, Bonnie Alt, Denise Valerius, physical therapist Nate, Alana Acker of Columbia Corr Institution. Also Send me these Documents not Redact because these documents only pertain to me not other inmates. Also Send the ~~DOC~~ D.O.C. Policy based on medical care

Exhibit #2-2

For ~~[illegible]~~ inmates what make inmates medically ~~qualify~~ qualified to be sent to hospital. D-O-C. Policy regarding who make the decision ~~on~~ when inmates can go to hospital. Send visit summary from Doctor / ~~Podiatry~~ podiatry Dr. Stephen C. Murphy all reports from 2020-2024 Send hospital reports MRI. Reports & Reports from Doctor Nathaniel p. Brooks MD U-W- Hospital All MRI. Reports from 2021 to 2024, D-O-C Medical Policy. & Medical Report from Waupun Memorial Hospital Doctor Choi John ~~[illegible]~~ 7/15/2022 Policy of D-O-C. medical restriction of shoes. These documents I'm asking for are relevant to this lawsuit I need to prepare my ~~[illegible]~~ claims for summary judgment and for trial Send all e-mails relaying visits for me to see podiatry Stephen Murphy 2020-2024-2023.

Dated 6/1/2025

Quenton Thompson #311898
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805

Signed: [signature]

D-2 cc File