Exhibit #3

**WISCONSIN DEPARTMENT OF CORRECTIONS**
Governor Tony Evers / Secretary Kevin A. Carr

February 07, 2024

Quenton Thompson #311898
2925 Columbia Drive
Portage WI 53901

Re: Public Records Request of February 05, 2024, Reference # R023347-020724

Dear Quenton Thompson:

The Wisconsin Department of Corrections received a public records request from you on February 05, 2024. Your request mentioned:

Please provide me pursuant to Wi Open Records law any al emails to or from the following. Between the dates of 3/1/2022-02/7/2024. AHSM Acker, MD Murphy, MD Sukewaty, RN Wiknkler, HSM Fofana, Warden Fuchs, RN Alt, Rn Valeruis, MD Ledesma, HSM Utter, Med SR. Colella, ICE Stolpa, RN Faith and physical Therapist Nate.

Your public records request has been assigned to the appropriate records custodian(s) for processing.

For future correspondence related to this request, please contact me and include Reference # R023347-020724.

Sincerely,

Robert Beahm
Offender Records Supervisor
608 742 9100 ex 9200