IN The united States Distlict court
for The western District of wisconsin

Case No: 3:23-cv-00381-jdp

Juenton Thompson
plaintiff
v.
uffer Hannah,
Defendants

~~Authe~~ "Authentication of Document's"

Here in and now, the plaintiff under penalty's and pains of perjury pursuant to 28. U.S. Section 1746 the foregoing is true and corrected as I Stated.

xhibit #1 plaintiff letter to Attorney Annie V. ...efeling Dated 12/2/2024

~~...ibit~~ Exhibit #1-2 plaintiff letter to Joshua Kaul$ ...imeline lee Dated 6/1/2025

xhibit #3 Public Records Request.

311898
Juenton Thompson
wisconsin Secure program facility
P.O. Box 1000
Boscobel WI 53805

Signed: [signature]

Dated 6/16/2025 P1.