# WISCONSIN SECURE PROGRAM FACILITY

E-FILING COVER SHEET

A SEPARATE COVER SHEET MUST BE COMPLETED FOR EACH COURT CASE

Inmate Name: Quenton Thompson DOC#: #311898 Unit: Delta Number of Pages: 7

Court Case Name: Quenton Thompson

Court Case #: 3:23-cv-00381-jdp

Select One: ☐ Eastern District ☑ Western District

Checklist: ☑ Single-Sided ☐ No Staples ☑ Not Torn / Folded / Damaged

Inmate Signature: [signature] Date: 6/16/2025

## STAFF USE ONLY BELOW THIS LINE

| | DATE | TIME | INITIALS |
|---|---|---|---|
| E-FILE RECEIVED: | 6/19/25 | 10:15am | KP |
| SCANNED TO PDF: | 6/19/25 | 10:15am | KOP |
| EMAILED TO COURT: | | | |
| PRINTED NEF: | | | |
| RETURNED E-FILE: | | | |

Staff Signature: ______ Date: ______

Revised 03/5/2025
WSPF Librarian